IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:11cr42-MHT |
| LESTER HARRIS WARD | ) | |

### JUDGMENT

Defendant Lester Harris Ward having waived his right to a hearing and having agreed to the modification of his conditions of supervised release, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Lester Harris Ward's conditions of supervised release are modified to add the following condition: Defendant Ward shall enter and participate in an inpatient mental-health and substance-abuse treatment program with the Veterans Administration until released by the Veterans Administration.

DONE, this the 24th day of January, 2012.

___/s/ Myron H. Thompson___
UNITED STATES DISTRICT JUDGE